USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH FISHER,

                Petitioner,

        -v-

SUPERINTENDENT,

                Defendant.
------------------------------------------------------------ X

12 Civ. 6703 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has reviewed Magistrate Judge Sarah Netburn's Report and Recommendation ("the Report") following referral of the case for habeas corpus. Because no party filed a timely objection to the Report, the Court reviews it for clear error. See Fed. R. Civ. P. 72(b), Adv. Comm. Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Magistrate Judge Netburn's Report is well-reasoned, thorough, fair, and presents no errors, and is therefore fully adopted. Accordingly, the petition for writ of habeas corpus is denied.

      The Clerk of the Court is directed to close the case.

      SO ORDERED.

Dated: New York, New York
       January 14, 2014

_____
J. PAUL OETKEN
United States District Judge

2

Mailed to pro se petitioner on January 14, 2014 at:

Joseph Fisher
05A6162
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403